# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, individually, and ) <br> HERMINIA DOLEMBA, individually and ) <br> on behalf of the class described herein, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> VISION FINANCIAL CORP., ) <br> ) <br> Defendant. ) | Case No.: 16-cv-3567 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Mary Rowland |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of plaintiff's Motion for Entry of Order of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendant Vision Financial Corp., and in plaintiffs' favor, in the amount of $6,000.00 for plaintiff Herminia Dolemba in statutory damages and $1000.00 for plaintiff Scott Dolemba in statutory damages, plus $6,627.00 in attorney's fees and $442.61 in costs of suit.

_Thomas M Durkin_

Dated:  9/12/2016                                    Judge Thomas M. Durkin